### 17287. MEEKS v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the single ground of the amendment to the motion for a new trial shows no error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1926.

Burglary; from Bibb superior court—Judge Mathews. March 6, 1926.

*W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 255, n. 54.